IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LARRY COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-471-CV-W-FJG |
| | ) |
| JOANNE BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 14). Plaintiff has requested reimbursement in the amount of $6,337.50 for attorney fees, which represents 42.25 hours at the rate of $150.00 per hours. Defendant states that after discussions with plaintiff's counsel, they have agreed to an award of fees in the amount of $4,250.00. Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is **GRANTED,** and counsel shall be awarded payment of $4,250.00 in attorney fees, pursuant to 28 U.S.C. § 2412.

Date: April 5, 2006             **S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri           Fernando J. Gaitan Jr.
                                                  United States District Judge